**David L. ARCHER, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60135.**

Missouri Court of Appeals, Western District.

March 26, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2002.

Application for Transfer Denied June 25, 2002.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ELLIS, P.J., and EDWIN H. SMITH and HOWARD, JJ.

**Order**

PER CURIAM.

David L. Archer, Jr., appeals from an order of the Circuit Court of Jackson County denying, without an evidentiary hearing, his Rule 29.15 motion to vacate, set aside or correct the judgment of his conviction for forcible rape, § 566.030.

Affirmed. Rule 84.16(b).